IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAUSCH CONSTRUCTION COMPANY, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 09 CV 05873 |
| METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, ) ) ) ) ) | Honorable Gary Feinerman |
| Defendant. ) | |

## NOTICE OF FILING

To:    See Attached Service List

PLEASE TAKE NOTICE that on the 16 day of March, 2012, I caused the attached Stipulation to Dismiss to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

RAUSCH CONSTRUCTION CO., INC.

By: _____
One of Its Attorneys

Timothy R. Conway
Edward B. Keidan
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago IL 60603
312/658-1100

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A.

By: __/s/ *Edward B. Keidan*__

Edward B. Keidan
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
E-mail: trc@cmcontractors.com
kac@cmcontractors.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAUSCH CONSTRUCTION COMPANY, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 09 CV 05873 |
| METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, ) ) ) ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Rausch Construction Company, Inc. and Acer Construction Company stipulate that, all claims between these parties having been resolved pursuant to settlement, this action is properly dismissed with prejudice.

By: /s/ *signature*       By: /s/ *signature*

Edward B. Keidan
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
(312) 658-1100

George M. Velcich
Belgrade & O'Donnell
20 North Wacker Drive,
Suite 1900
Chicago, Illinois 60606
(312) 422-1700